Harold MURVEIT, Petitioner,

v.

INTERNAL REVENUE SERVICE,
Respondent.

No. 2012–3068.

United States Court of Appeals,
Federal Circuit.

Jan. 28, 2013.

Jacob Heyman–Kantor, Assistant Counsel, National Treasury Employees Union, of Washington, DC, argued for petitioner. With him on the brief were Gregory O'Duden, General Counsel, and Julie M. Wilson, Associate General Counsel.

Tara H. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director and Allison Kidd Miller, Senior Trial Counsel. Of counsel was Robert M. Mirkov, Office of Chief Counsel, Internal Revenue Service, of Washington, DC.

NEWMAN, SCHALL, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.